

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00198-CV

---

## IN THE INTEREST OF K.L., B.L., A.L., AND C.L., CHILDREN

On Appeal from the County Court at Law Number 1
Randall County, Texas
Trial Court No. 71,833-L1; Honorable James Anderson, Presiding

October 21, 2020

## EN BANC ORDER ON MOTION TO RECUSE

### Before PIRTLE and DOSS, JJ.

Now pending before the court is Appellant Audrey Lessner's *Motion to Recuse Judges*, wherein Lessner seeks to recuse Chief Justice Brian Quinn and Justice Judy C. Parker from presiding over this appeal.[1] Pursuant to Rule of Appellate Procedure 16.3, the motion has been submitted to the remainder of the court, en banc. Finding no grounds for disqualification or recusal, the majority of the remaining justices deny the motion. *See* TEX. R. APP. P. 16; TEX. R. CIV. P. 18b (grounds for disqualification and recusal).

It is so ordered.

Per Curiam

---

[1] The motion also seeks to recuse former Justice James T. Campbell, now retired.